UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches, Phu Hong Thach, William J. Engle,
Plaintiffs

V.

John Alvester Wood, Terence Earl Davis,
Defendants

RECEIVED CLERK'S OFFICE
2008 JAN 17 A 9:36
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

Class Action Suit / TRO Temporary Restraining order

Plaintiffs bring this class Action Suit. Plaintiffs civil and constitutional rights are violated by defendants. Defendants have threated Plaintiffs with guns and crossbows. Defendants hate Plaintiffs because of their Jewish faith. Plaintiffs also face imminent danger from Defendants.

Plaintiffs seek a restraining order

Respectfully [signature]