Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
District of South Carolina
85 Broad St.
Hollings Judicial Center
Charleston, S.C. 29401

FCI/SCP WILLIAMSBURG
P.O. ...
SALTERS, SC ...
Date: _____

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address,

_____
Mail Room Officer